*19-000113634*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

| | |
|---|---|
| TIMEA CILIBERTI | **CASE #:** 50-2019-CA-004974-XXXX-MB |
| | **COURT:** CIRCUIT COURT |
| | **COUNTY:** PALM BEACH |
| PLAINTIFF(S) | **DFS-SOP #:** 19-000113634 |

VS.

LEXINGTON INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY

# **NOTICE OF SERVICE OF PROCESS**

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Tuesday, April 30, 2019 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, May 2, 2019 to the designated agent for the named entity as shown below.

LEXINGTON INSURANCE COMPANY
JOANNE P KEATING
99 HIGH ST
BOSTON, MA 02110

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

KEVIN WEISSER
520 NW 165TH STREET, SUITE 111
MIAMI, FL 33169

JJ1

Filing # 88054890 E-Filed 04/16/2019 02:17:36 PM

IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT
IN AND PALM BEACH COUNTY, FLORIDA

TIMEA CILIBERTI,

    Plaintiff,                                                                                     CASE NO.:

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.
_____/

## SUMMONS

TO: CHIEF FINANCIAL OFFICER

    YOU ARE COMMANDED to serve this **Summons and a copy of the Complaint, Plaintiffs' First Set of Interrogatories to Defendant, Plaintiffs' First Request for Production to Defendant, Plaintiffs' First Request for Admission to Defendant and Notice of Taking Deposition Duces Tecum**, in this action on Defendant:

**LEXINGTON INSURANCE COMPANY**
c/o Chief Financial Officer, as Registered Agent
Department of Financial Services
200 E. Gaines Street
Tallahassee, FL 32399

    Each Defendant is required to serve written defenses to the complaint or petition on **KEVIN WEISSER, ESQ.**, Plaintiffs' attorney, whose address is: WEISSER ELAZAR & KANTOR, PLLC, 800 East Broward Boulevard, Suite 610, Fort Lauderdale, FL 33301 (Tel: 954-486-2623) within (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of Court of PALM BEACH COUNTY Court, either before service on Plaintiffs' attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED this ____Apr 17 2019____

                                                             CLERK OF COURT

                                                       BY: _____
                                                                 As Deputy Clerk

                                                          **KARLA GUZMAN**

*[Left margin stamp: RECEIVED AS STATUTORY REGISTERED AGENT on 30 April, 2019 and served on defendant or named party on 02 May, 2019 by the Florida Department of Financial Services]*

## IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT,
## IN AND FOR PALM BEACH COUNTY, FLORIDA

TIMEA CILIBERTI,

    Plaintiff,

v.  CASE NO.:

LEXINGTON INSURANCE COMPANY,

    Defendant.

_____/

## **COMPLAINT**

**COMES NOW** the Plaintiff, TIMEA CILIBERTI, by and through the undersigned counsel and hereby files this Complaint against the Defendant, LEXINGTON INSURANCE COMPANY, and as grounds therefore states as follows:

1. That this is an action for damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest, attorney fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. That at all times material hereto the Defendant was an insurance company authorized to do business in the State of Florida and doing business in Palm Beach County, Florida.

3. That at all times material hereto the Plaintiff was and is residents of Palm Beach County, Florida, and is otherwise sui juris.

4. That at all times material hereto, Plaintiff and Defendant had a policy of insurance, Policy No. 97085491 on Plaintiff's residence located at 17839 Monte Vista Dr, Boca Raton, FL 33496, which afforded various types of coverages including coverage for damage to dwelling, other structures, personal property, and for loss of use. (A copy of the policy is not attached hereto, but the Defendant has it within its possession).

5. On or about September 11, 2017, the above described property was damaged as the result of Hurricane Irma. Defendant was given timely notice of the loss. Accordingly, Defendant assigned Claim Number 683-659825.

6. As a result of this incident, the Plaintiff has suffered damage to the building on the subject property, damage to contents, and loss of use of the property and possessions therein.

7. The Plaintiff has furnished the Defendant with timely notice of the loss, proof of claim and has otherwise performed all conditions precedent to recover under the policy and under the applicable Florida Statutes, but the Defendant has refused and continues to refuse to pay either part or all of the Plaintiff's claims.

## COUNT I – BREACH OF CONTRACT

Plaintiff readopts and realleges Paragraphs 1 through 7 above as if fully stated herein, and further alleges as follows:

8. That the Defendant's denial of coverage and refusal to pay the full amount of the claim was contrary to the terms of the policy and/or Florida law and was a breach of said contract of insurance.

9. The Plaintiff has been damaged by the Defendant's breach of said contract of insurance by having not been compensated for the damage sustained to the building on the subject property, damage to contents, and loss of use of the property and possessions taken from therein.

10. That as a direct and proximate result of the Defendant's refusal to pay the Plaintiff's claim, the Plaintiff has been required to retain the services of the undersigned attorneys to represent and protect the Plaintiff's interests and Plaintiff has become obliged to pay them a reasonable fee for their services in bringing this action.

11. In the event that the Plaintiff prevails in this action, Plaintiff is entitled to an award of attorney fees and costs pursuant to Florida Statute Section 627.428 or other Florida law.

WHEREFORE, the Plaintiff, TIMEA CILIBERTI, demands judgment against the Defendant, LEXINGTON INSURANCE COMPANY, for damages including but not limited to damage to the building, contents, loss of use, interest allowed by law, and reasonable attorney fees and costs pursuant to Florida Statute Section 627.428, 626.9373, and/or any other Florida law, and the Plaintiff demands trial by jury of all issues triable as a matter of right by jury.

### COUNT II – PETITION FOR DECLARATORY RELIEF

Plaintiff realleges and readopts Paragraphs 1 through 7 as if fully set forth herein and sues the Defendant for declaratory relief pursuant to Chapter 86 of the Florida Statutes and further states as follows:

12. The above insurance policy between Plaintiffs and Defendant provides comprehensive coverage for damages as a result of losses to property.

13. Pursuant to Chapter 86 of Florida Statutes, the Plaintiffs request this Court to take jurisdiction over this action and determine the Plaintiff's rights under said policy.

14. The Plaintiff furnished timely notice of a covered loss and otherwise performed all conditions precedent to recover under the policy and under the applicable Florida Statutes.

15. Defendant refused and continues to refuse to pay the full amount of Plaintiff's claim.

16. The Plaintiff believes, but is in doubt, that the Plaintiff is entitled to full coverage under said policy, including but not limited to, coverage for damage to the building on the subject property, its contents, and its loss of use.

17. That as a direct and proximate result of the Defendant's refusal to pay the Plaintiff's claims, the Plaintiff has been required to retain the services of the undersigned attorneys to represent and protect the Plaintiff's interest and Plaintiff has become obligated to pay them a reasonable fee for their services in bringing this action.

18. In the event that the Plaintiff prevails in this action, Plaintiff is entitled to an award of attorney fees and costs pursuant to Florida Statute Section 627.428, 626.9373, and/or any other Florida law.

WHEREFORE, Plaintiff hereby demands judgment against Defendant and the following:

a. that the Court take jurisdiction over the parties and the subject matter of this action;

b. that the Court determine the rights and duties of the parties under said insurance policy;

c. that this Court enter an Order determining that the subject policy was in full force and effect at the time of the loss;

d. that the Court enter an Order determining that the damages suffered by Plaintiff is not excluded under the policy insurance.

e. that the Court enter an Order determining that the Plaintiff complied with all requirements under the policy and is entitled to full coverage for all damages under said policy, including but not limited to coverage for the full amount of loss including damage to the building on the subject property, contents, and loss of use;

f. that the Court award the Plaintiff attorney fees pursuant to Florida Statute Section 627.428, 626.9373, and/or any other Florida law, prejudgment interest, and costs; and

g. that the Court enter any other relief that it deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff further demands a trial by jury of all issues so triable as a matter of right.

Dated this 16th day of April, 2019.

By: /s/ Kevin Weisser
KEVIN WEISSER
Florida Bar No: 98828
WEISSER ELAZAR & KANTOR, PLLC
Attorneys for Plaintiff
800 East Broward Boulevard, Suite 610
Fort Lauderdale, FL 33301
T: (954) 486-2623
F: (954) 572-8695
Email: KW@WEKLaw.com
PB@WEKLaw.com