IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PALM BEACH DIVISION

CASE NO. 19-CIV-80719-RAR

TIMEA CILIBERTI snd
ERIC CILIBERTI

        Plaintiffs,

vs.

LEXINGTON INSURANCE COMPANY

        Defendant.
_____/

## JOINT DISCOVERY STATUS REPORT

COMES NOW, Defendant, LEXINGTON INSURANCE COMPANY ("Lexington") and Plaintiffs, TIMEA CILIBERTI and ERIC CILIBERTI ("Plaintiffs"), by and through its undersigned counsel, hereby file this Joint Discovery Status Report pursuant to the Court's Order Setting Discovery Status Conference, D.E. 25 (hereinafter "Order"), and state the following pursuant to said Order:

a.) Lexington propounded Interrogatories and a Request to Produce upon the Plaintiffs on August 23, 2019. Plaintiffs have not propounded any discovery in federal court. An inspection of the subject insured property claimed damaged has also been coordinated and scheduled to take place on October 11, 2019.

b.) Lexington agreed to an extension requested by Plaintiffs to respond to the discovery Lexington propounded. Plaintiffs' discovery responses are now due on October 23, 2019.

c.) Status of depositions:

   1. No depositions have been taken to date.

1

2. Plaintiffs' depositions have been coordinated between the parties and noticed by Lexington to take place on October 31, 2019. Lexington has also requested the deposition of the Plaintiffs' estimator who prepared the estimate being relied upon in this case and any public adjuster. Lexington anticipates it will also seek depositions of those with relevant knowledge who are disclosed either in Plaintiffs' discovery responses or Plaintiffs' Initial Disclosures. Plaintiffs have requested the deposition of Lexington's field adjuster in the subject claim and October 28, 2019, has been provided by Lexington for this deposition. Plaintiffs have also requested the deposition of Lexington's Corporate Representative. The parties are working together to schedule the remaining depositions being sought by each party. The parties also anticipate they will seek depositions of each parties' experts once disclosed. The expert witness disclosure deadline ordered by the Court is October 11, 2019, per D.E. 21.

3. There has been no delay in scheduling depositions. The parties are working to schedule the depositions they are seeking.

d.) Expert witness disclosures have not yet been made; they are due October 11, 2019, per D.E. 21. Lexington anticipates an extension may be needed because Lexington's consultants are inspecting the insured property claimed damage in this suit on October 11, 2019, and it is not anticipated that reports would be prepared by the disclosure date as it is the same date.

e.) There are currently no discovery disputes.

f.) The parties are working together on discovery issues and do not believe a discovery conference is needed at this time.

g.) The parties will strive to have all discovery completed by the discovery deadline of November 8, 2019.  An enlargement may be needed to allow time for designated experts (who have not yet been disclosed) to be deposed since the expert witness rebuttal reports are due October 25, 2019, per D.E. 21, and there may be insufficient time for depositions between these disclosure and discovery deadlines.  Thus, the parties do not believe they can certify at this time whether all discovery will be completed by the discovery deadline.  The parties will be in a better position to assess this issue following expert disclosures.  The parties will timely file a motion for enlargement of time seeking a reasonable discovery extension if ultimately needed.  The parties do not believe that any enlargement of the discovery deadline, if needed, would impact the trial date of June 8, 2020.

Respectfully submitted by:

| By: ___/s/ Aaron Silvers_____ | By: ___/s/ Crystalin Medeiros__ |
|---|---|
| Aaron Silvers, Esquire<br>Weisser Elazar & Kantor, PLLC<br>800 East Broward Boulevard, Suite 610<br>Fort Lauderdale, FL 33301<br>T: (954) 486-2623<br>F: (954) 572-8695<br>Service: AS@weklaw.com; and<br>CB@weklaw.com<br>Attorney for Plaintiffs | Steven C. Teebagy, Esquire<br>Florida Bar No.: 64823<br>Crystalin C. Medeiros, Esquire<br>Florida Bar No.: 56342<br>The Teebagy & Medeiros Law Group, PLLC<br>P.O. Box 221647<br>West Palm Beach, FL 33422<br>T: (561) 229-0280<br>F: (561) 229-0281<br>Service Email: eservice@thetmlaw.com<br>Counsel for Defendant |

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on the 1st day of October, 2019, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF.

**THE TEEBAGY & MEDEIROS**
**LAW GROUP, PLLC**
Attorneys for Defendant
P.O. Box 221647
West Palm Beach, FL 33422
Telephone: (561) 229-0280
Facsimile: (561) 229-0281
Primary Email:  eservice@thetmlaw.com

By:  __*/s/* _Crystalin Medeiros____
Steven C. Teebagy, Esquire
Non-Service Email:  steebagy@thetmlaw.com
Florida Bar No.:  64823
Crystalin Medeiros, Esquire
Non-Service Email:  cmedeiros@thetmlaw.com
Florida Bar No.:  56342

## SERVICE LIST

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

TIMEA CILIBERTI AND ERIC CILIBERTI  V. LEXINGTON INSURANCE COMPANY

CASE NO. 19-CIV-80719-RAR

Aaron Silvers, Esquire
Weisser Elazar & Kantor, PLLC
800 East Broward Boulevard, Suite 610
Fort Lauderdale, FL 33301
T: (954) 486-2623
F: (954) 572-8695
Service: AS@weklaw.com; and CB@weklaw.com
Attorney for Plaintiffs